ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Balfour Beatty Construction, LLC | ) | ASBCA Nos. 62371, 62372, 62769 |
| | ) | |
| Under Contract No. N62473-10-D-5407 | ) | |

APPEARANCE FOR THE APPELLANT: Kirk E. Niemi, Esq.
　Varela, Lee, Metz & Guarino, LLP
　Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
　Navy Chief Trial Attorney
　Matthew S. Hawkins, Esq.
　Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 10, 2021

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

　　I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62371, 62372, 62769, Appeals of Balfour Beatty Construction, LLC, rendered in conformance with the Board's Charter.

Dated: March 10, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals